# United States District Court
## for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

ALEXANDER SMITH

Plaintiff

vs.

WESLEY ROBERT EDENS, ET AL.

Defendant

Case Number: 25-cv-05493

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE NEW FORTRESS ENERGY INC.
SECURITIES LITIGATION

Plaintiff

vs.

Defendant

Case Number: 25-cv-07032-JGK

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on September 17, 2024. Assigned to Judge John G. Koeltl. On February 19, 2025, plaintiffs filed an Amended Complaint. On April 4, 2025, defendants filed a motion to dismiss the Amended Complaint. Briefing on the motion to dismiss was completed on June 6, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case for the following reasons:
(1) involves the same (or substantially similar) parties and is based on the same or similar claims;
(2) arises from the same or substantially identical transactions, incidents, or events requiring
the determination of the same or substantially identical questions of law or fact; and
(3) is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

Signature: /s/ Joshua M. Lifshitz                    Date: July 2, 2025

Firm: Lifshitz Law PLLC